[No. 17272. Department Two. October 5, 1922.]

R. W. ELSOM, *Appellant,* v. M. E. W. SANDERS, *Respondent.*[1]

BROKERS (19)—COMPENSATION—PERFORMANCE OF CONTRACT—SALE BY OWNER. A broker having an exclusive listing contract for a definite period is not entitled to a commission on the owner's making a sale himself during the period, where the broker was not the procuring cause of the sale.

Appeal from a judgment of the superior court for Spokane county, Huneke, J., entered September 17, 1921, upon findings in favor of the defendant, in an action to recover a broker's commissions, tried to the court. Affirmed.

*McCarthy, Edge & Lantz,* for appellant.

*Turner, Nuzum & Nuzum* and *Richard B. Harris,* for respondent.

[1]Reported in 209 Pac. 842.

MAIN, J.—This action was brought to recover a commission on the sale of real estate. The trial resulted in a judgment dismissing the action, from which the plaintiff appeals.

On March 8, 1920, the respondent, by written instrument, gave to the appellant "the exclusive right to sell" the property therein described during the time specified. Subsequently the respondent, the owner, sold the property; the appellant was not the procuring cause of the sale. While there is a dispute as to whether the sale by the respondent was made within the time covered by the contract giving to the appellant the exclusive right to sell, it will be assumed, but not decided, that the sale took place within the time specified in the contract. This case is controlled by the case of *Sunnyside Land & Investment Co. v. Bernier,* 119 Wash. 386, 206 Pac. 1041. In that case the listing contract gave to the plaintiff the "exclusive right *to sell*" the property described therein, covering a certain period of time. Within the time mentioned the defendant, the owner, sold the property and the plaintiff claimed a right to his commission under the contract. It was there held that, since the plaintiff was not the procuring cause of the sale, he did not have a right to a commission when the property was sold by the owner, even though the written listing gave to the plaintiff the exclusive right to sell.

The distinction between this case and the recent case of *Robertson v. Wilson, ante* p. 358, 209 Pac. 841, is that here the property was sold by the owner himself, while there the property was sold through another agent.

The judgment will be affirmed.

PARKER, C. J., HOLCOMB, MACKINTOSH, and HOVEY, JJ., concur.